FILED 10 JAN '17 09:47 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-CR- 5 - AA |
| Plaintiff, | **INFORMATION** |
| vs. | **Count 1: Unlawful Possession of a Machinegun**<br>26 U.S.C. §§ 5841, 5861(d) and 5871 |
| MICHAEL RAY EMRY, | **Forfeiture**<br>18 U.S.C. § 924(d) |
| Defendant. | 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>
(Unlawful Possession of a Machinegun)

On or about May 6, 2016, in the District of Oregon, defendant **MICHAEL RAY EMRY** did knowingly and unlawfully possess a firearm, that is a .50 caliber Browning M2 machinegun, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Information, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in that offense.

Dated this 10th day of January 2017.

BILLY J. WILLIAMS
United States Attorney

*/s/ Nathan J. Lichvarcik*

NATHAN J. LICHVARCIK
Assistant United States Attorney
